UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Johnny Nilsen, Kieran Kelly, )
William Ryan, Karl Seemen, )
Sean Sharkey, Fernando Suazo, )
Don Abad and Charles Smith, )
      Plaintiffs )
)
vs )  Civil Action
)  No.:
Celestial Dawn, Inc. in )
persona and the F/V PROSPERITY, )
in rem )
      Defendants )

### VERIFIED COMPLAINT

Plaintiffs, Johnny Nilsen, Kieran Kelly, William Ryan, Karl Seemen, Sean Sharkey, Fernando Suazo, Don Abad and Charles Smith, by way of Complaint against the Defendant, say:

### Jurisdiction and Venue

1. Plaintiff brings this suit against the Defendant vessel under the provisions of 28 U.S.C.s.1333, as this is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Supplemental Rule C, Federal Rules of Civil Procedure.

2. Venue lies within this District under the provisions of 28 U.S.C.s.1391.

### The Parties

3. The plaintiff Johnny Nilsen is a resident of Cresco, Pennsylvania.

4. The plaintiff Kieran Kelly is a resident of Pittsfield, Massachusetts.

5. The plaintiff William Ryan is a resident of Melrose, Massachusetts.

6. The plaintiff Karl Seemen is a resident of Metarie,

Louisiana.

7. The plaintiff Sean Sharkey is a resident of Mesa, Arizona.

8. The plaintiff Fernando Suazo is a resident of Gloucester, Massachusetts.

9. The plaintiff Don Abad is a resident of Gloucester, Massachusetts.

10. The plaintiff Charles Smith is a resident of Morgan City, Louisiana.

11. The defendant Celestial Dawn, Inc. is a Massachusetts corporation with a principal place of business in Gloucester, Massachusetts.

## Facts

12. At all times relevant hereto, the plaintiffs were hired and retained by the defendant to work as crew members on board the F/V PROSPERITY.

13. Each of the plaintiffs met their respective obligations with respect to performance as crew members on board the F/V PROSPERITY.

14. Notwithstanding the defendant's obligation to pay the plaintiffs for work performed on board the F/V PROSPERITY, and the plaintiffs complete performance of each of their respective obligations under the terms of the employment contract, the defendant failed to pay the plaintiffs for the work so performed.

## COUNT I: JOHNNY NILSEN:
## CLAIM UNDER GENERAL MARITIME LAW

15. The plaintiff, Johnny Nilsen, restates and incorporates Paragraphs one through fourteen of his Complaint as if specifically pled herein.

16. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, Johnny Nilsen, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT II: JOHNNY NILSEN
## CLAIM PURSUANT TO 36 U.S.C.10313

17. The plaintiff, Johnny Nilsen, restates and incorporates Paragraphs one through fourteen of his Complaint as if specifically pled herein.

18. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

19. The defendant's willful failure to do so is a violation of 36 U.S.C. 10313.

WHEREFORE, the plaintiff, Johnny Nilsen, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT III: KIERAN KELLY
## CLAIM UNDER GENERAL MARITIME LAW

20. The plaintiff, Kieran Kelly, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

21. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, Kieran Kelly, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT IV: WILLIAM RYAN
## CLAIM UNDER GENERAL MARITIME LAW

22. The plaintiff, William Ryan, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

23. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, William Ryan, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT V: KARL SEEMANN
## CLAIM UNDER GENERAL MARITIME LAW

24. The plaintiff, Karl Seemann restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

25. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, Karl Seemann, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT VI: SEAN SHARKEY
## CLAIM UNDER GENERAL MARITIME LAW

26. The plaintiff, Sean Sharkey, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

27. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed

on board the F/V PROSPERITY.

    WHEREFORE, the plaintiff, Sean Sharkey, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT VII: FERNANDO SUAZO
### CLAIM UNDER GENERAL MARITIME LAW

28. The plaintiff, Fernando Suazo, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

29. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

    WHEREFORE, the plaintiff, Fernando Suazo, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT VIII: DON ABAD
### CLAIM UNDER GENERAL MARITIME LAW

30. The plaintiff, Don Abad, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

31. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

    WHEREFORE, the plaintiff, Don Abad, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT IX: CHARLES SMITH
## CLAIM UNDER GENERAL MARITIME LAW

32. The plaintiff, Charles Smith, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

33. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, Charles Smith, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## VERIFICATION

STATE OF   Massachusetts

I, Johnny Nilsen, being duly sworn depose and say:

I am a Plaintiff herein.  I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_____
JOHNNY NILSEN


STATE OF   Massachusetts

County of   Bristol

   Then personally appeared the above-named Johnny Nilsen and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Johnny Nilsen.

_____
Notary Public
My commission expires:  4/28/08

# VERIFICATION

STATE OF *Massachusetts*

I, Kieran Kelly, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

*Kieran Kelly*
KIERAN KELLY

STATE OF *Massachusetts*
County of *Berkshire*

Then personally appeared the above-named Kieran Kelly and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Kieran Kelly.

*Dorothy E. Wright*
Notary Public
My Commission expires: *March 1, 2007*

## VERIFICATION

STATE OF *Massachusetts*

I, William Ryan, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

*William Ryan*
WILLIAM RYAN

STATE OF *Massachusetts*
County of *Middlesex*

Then personally appeared the above-named William Ryan and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of William Ryan.

*Janis L. Mastrozillo*
Notary Public
My commission expires: Aug. 13, 2004

**VERIFICATION**

STATE OF _LOUISIANA_

I, Karl Seemann, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_____
KARL SEEMANN

STATE OF _LOUISIANA_
County of _JEFFERSON_

Then personally appeared the above-named Karl Seemann and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Karl Seemann.

_____
Notary Public
My commission expires: AT DEATH

# VERIFICATION

STATE OF MASSACHUSETTS

I, Sean Sharkey, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_____
SEAN SHARKEY

STATE OF MASSACHUSETTS

County of Essex
    Then personally appeared the above-named Sean Sharkey and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Sean Sharkey.

_____
Notary Public
My commission expires: 12/9/05

## VERIFICATION

STATE OF Massachusetts

I, Fernando Suazo, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_Fernando Suazo_
FERNANDO SUAZO

STATE OF Massachusetts
County of Essex

Then personally appeared the above-named Fernando Suazo and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Feranando Suazo.

_Ruth Katsikas_
Notary Public
My commission expires: 12/9/05

**VERIFICATION**

STATE OF _Massachusetts_

I, Don Abad, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_____
DON ABAD

STATE OF _Massachusetts_
County of _Essex_

Then personally appeared the above-named Don Abad and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Don Abad.

_____
Notary Public
My commission expires: _12/9/05_

**VERIFICATION**

STATE OF _LOUISIANA_

I, Charles Smith, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_Charles Smith_
CHARLES SMITH

STATE OF _Louisiana_

~~County~~ of _St. Mary Parish_
      Then personally appeared the above-named Charles Smith and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Charles Smith.

_Henry A. Taular_
Notary Public
My commission expires: _At Death_

Plaintiffs
By their attorneys,

*[signature]*

BRIAN S. MCCORMICK, ESQ.
BBO# 550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

Date: 12/2/03

Cases/PROSPERITY/Complaint