UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2003 DEC -4 P 4:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

Johnny Nilsen, Kieran Kelly, )
William Ryan, Karl Seemen, )
Sean Sharkey, Fernando Suazo, )
Don Abad and Charles Smith, )
      Plaintiffs )
  vs )  Civil Action
  )  No.:
Celestial Dawn, Inc. in )
persona and the F/V PROSPERITY, )
in rem )
      Defendant )

03 CV 12449 MLW

### SEAMAN'S AFFIDAVIT

I, Brian S. McCormick attorney for the plaintiffs in the above-entitled action, do on oath depose and say as follows:

The plaintiffs in the above-entitled action are seaman and claim the benefits of the United States Code Annotated, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

_____
BRIAN S. MCCORMICK, ESQ.
BBO # 550533
Orlando & Associates
One Western Avenue
Gloucester, MA  01930
(978) 283-8100

COMMONWEALTH OF MASSACHUSETTS
ESSEX, SS.

Sworn and subscribed to before me this 2nd day of December 2003.

_____
NOTARY PUBLIC
My Commission Expires: 12/9/05

Cases/FVPROSPERITY/SeaAffdvt