UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2003 DEC 24 A 10: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

Johnny Nilsen, Kieran Kelly,  )
William Ryan, Karl Seemen,    )
Sean Sharkey, Fernando Suazo, )
Don Abad, Charles Smith and,  )
Paul McGee,                   )
       Plaintiffs            )
                              )
vs                            )   Civil Action
                              )   No.: 03-12449MLW
Celestial Dawn, Inc. in       )
persona and the F/V PROSPERITY,)
in rem                        )
       Defendants            )

## PLAINTIFFS' AMENDED VERIFIED COMPLAINT

Plaintiffs, Johnny Nilsen, Kieran Kelly, William Ryan, Karl Seemen, Sean Sharkey, Fernando Suazo, Don Abad, Charles Smith and Paul McGee, by way of Complaint against the Defendant, say:

### Jurisdiction and Venue

1. Plaintiff brings this suit against the Defendant vessel under the provisions of 28 U.S.C.s.1333, as this is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Supplemental Rule C, Federal Rules of Civil Procedure.

2. Venue lies within this District under the provisions of 28 U.S.C.s.1391.

### The Parties

3. The plaintiff Johnny Nilsen is a resident of Cresco, Pennsylvania.

4. The plaintiff Kieran Kelly is a resident of Pittsfield, Massachusetts.

5. The plaintiff William Ryan is a resident of Melrose, Massachusetts.

6. The plaintiff Karl Seemen is a resident of Metarie, Louisiana.

7. The plaintiff Sean Sharkey is a resident of Mesa, Arizona.

8. The plaintiff Fernando Suazo is a resident of Gloucester, Massachusetts.

9. The plaintiff Don Abad is a resident of Gloucester, Massachusetts.

10. The plaintiff Charles Smith is a resident of Morgan City, Louisiana.

11. The plaintiff Paul McGee is a resident of Pascagola, Mississippi.

12. The defendant Celestial Dawn, Inc. is a Massachusetts corporation with a principal place of business in Gloucester, Massachusetts.

**Facts**

13. At all times relevant hereto, the plaintiffs were hired and retained by the defendant to work as crew members on board the F/V PROSPERITY.

14. Each of the plaintiffs met their respective obligations with respect to performance as crew members on board the F/V PROSPERITY.

15. Notwithstanding the defendant's obligation to pay the plaintiffs for work performed on board the F/V PROSPERITY, and the plaintiffs complete performance of each of their respective obligations under the terms of the employment contract, the defendant failed to pay the plaintiffs for the work so performed.

16. Plaintiff Paul McGee provided refrigeration services to the defendant, and was not paid for such services.

## COUNT I: JOHNNY NILSEN:
## CLAIM UNDER GENERAL MARITIME LAW

17. The plaintiff, Johnny Nilsen, restates and incorporates Paragraphs one through fourteen of his Complaint as if specifically pled herein.

18. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, Johnny Nilsen, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT II: JOHNNY NILSEN
## CLAIM PURSUANT TO 36 U.S.C.10313

19. The plaintiff, Johnny Nilsen, restates and incorporates Paragraphs one through fourteen of his Complaint as if specifically pled herein.

20. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

21. The defendant's willful failure to do so is a violation of 36 U.S.C. 10313.

WHEREFORE, the plaintiff, Johnny Nilsen, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT III: KIERAN KELLY
## CLAIM UNDER GENERAL MARITIME LAW

22. The plaintiff, Kieran Kelly, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

23. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, Kieran Kelly, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

### COUNT IV: WILLIAM RYAN
### CLAIM UNDER GENERAL MARITIME LAW

24. The plaintiff, William Ryan, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

25. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, William Ryan, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

### COUNT V: KARL SEEMANN
### CLAIM UNDER GENERAL MARITIME LAW

26. The plaintiff, Karl Seemann restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

27. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, Karl Seemann, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT VI: SEAN SHARKEY
### CLAIM UNDER GENERAL MARITIME LAW

28. The plaintiff, Sean Sharkey, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

29. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, Sean Sharkey, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT VII: FERNANDO SUAZO
### CLAIM UNDER GENERAL MARITIME LAW

30. The plaintiff, Fernando Suazo, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

31. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, Fernando Suazo, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT VIII: DON ABAD
### CLAIM UNDER GENERAL MARITIME LAW

32. The plaintiff, Don Abad, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

33. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed

on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, Don Abad, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT IX: CHARLES SMITH
### CLAIM UNDER GENERAL MARITIME LAW

34. The plaintiff, Charles Smith, restates and incorporates Paragraphs one through thirteen of his Complaint as if specifically pled herein.

35. Under the General Maritime Law, the defendant owes the plaintiff income and wages to compensate him for work performed on board the F/V PROSPERITY.

WHEREFORE, the plaintiff, Charles Smith, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## COUNT X: PAUL MCGEE
### CLAIM FOR UNPAID SUPPLIES BROUGHT PURSUANT TO THE GENERAL MARITIME LAW

36. The plaintiff, Paul McGee, restates and incorporates Paragraphs one through twelve of his Complaint as if specifically pled herein.

37. The defendant failed to pay for said services. The conduct of the defendant heretofore described constitutes a breach of contract under the General Maritime Law.

WHEREFORE, the plaintiff, Paul McGee, demands judgment against the defendant, in an amount to appropriately compensate him for those monies owed, interests, costs, attorneys fees, and punitive damages.

## VERIFICATION

STATE OF  Massachusetts

I, Johnny Nilsen, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

*[signature]*
JOHNNY NILSEN

STATE OF  Massachusetts

County of  Bristol

Then personally appeared the above-named Johnny Nilsen and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Johnny Nilsen.

*[signature]*
Notary Public

My commission expires: 4/28/08

## VERIFICATION

STATE OF _MASSAChuSetts_

I, Kieran Kelly, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_____Kieran Kelly_____
KIERAN KELLY

STATE OF _MASSAChuSetts_
County of _BeRKshiRe_

Then personally appeared the above-named Kieran Kelly and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Kieran Kelly.

_____Mary E. Wright_____
Notary Public
My commission expires:
_March 1, 2007_

## VERIFICATION

STATE OF Massachusetts

I, William Ryan, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

*William Ryan*
WILLIAM RYAN


STATE OF Massachusetts
County of Middlesex

Then personally appeared the above-named William Ryan and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of William Ryan.

*Janis L. Mastrorilli*
Notary Public
My commission expires: Aug. 13, 2004

## VERIFICATION

STATE OF _LOUISIANA_

I, Karl Seemann, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_Karl Seemann_
KARL SEEMANN

STATE OF _LOUISIANA_
County of _JEFFERSON_

Then personally appeared the above-named Karl Seemann and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Karl Seemann.

_Kimberly B Bondio_
Notary Public
My commission expires: AT DEATH

## VERIFICATION

STATE OF MASSACHUSETTS

I, Sean Sharkey, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_____
SEAN SHARKEY


STATE OF MASSACHUSETTS

County of Essex

    Then personally appeared the above-named Sean Sharkey and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Sean Sharkey.

_____
Notary Public
My commission expires: 12/9/05

## VERIFICATION

STATE OF _Massachusetts_

I, Fernando Suazo, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_Fernando Suazo_
FERNANDO SUAZO


STATE OF _Massachusetts_
County of _Essex_

Then personally appeared the above-named Fernando Suazo and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Feranando Suazo.

_Beth Katsikas_
Notary Public
My commission expires: _12/9/05_

Case 1:03-cv-12449-MLW    Document 3    Filed 12/24/2003    Page 12 of 16

## VERIFICATION

STATE OF _Massachusetts_

I, Don Abad, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_____
DON ABAD


STATE OF _Massachusetts_
County of _Essex_

Then personally appeared the above-named Don Abad and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Don Abad.

_Ruth Katsikas_
Notary Public
My commission expires: _12/9/05_

VERIFICATION

STATE OF _Louisiana_

I, Charles Smith, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_Charles Smith_
CHARLES SMITH

STATE OF _Louisiana_
~~County~~ of _St. Mary Parish_

Then personally appeared the above-named Charles Smith and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Charles Smith.

_Henry A. Toulon_
Notary Public
My commission expires: _At Death_

**VERIFICATION**

STATE OF ___MS___

I, Paul McGee, being duly sworn depose and say:

I am a Plaintiff herein. I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge except as the matters state upon information and belief and as to those matters I believe them to be true.

_____
PAUL McGEE

STATE OF ___MS___

County of ___Jackson___

Then personally appeared the above-named Paul McGee and stated that he is a plaintiff herein, and acknowledged the foregoing instrument to be the true act and deed of Paul McGee.

_____
Notary Public
My commission expires:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES SEPT. 28, 2003
BONDED THRU STEGALL NOTARY SERVICE

Plaintiffs
By their attorneys,

*/s/ Brian S. McCormick*
BRIAN S. MCCORMICK, ESQ.
BBO# 550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

Date: 12/23/03

Cases/PROSPERITY/AmendedComplaint