# United States District Court

DISTRICT OF _____

Johnny Nilsen, Kieran Kelly,
William Ryan, Karl Seemen,
Sean Sharkey, Fernando Suazo,
Don Abad and Charles Smith,
     v.   Plaintiffs

Celestial Dawn, Inc. in
persona and the F/V PROSPERITY,
in rem,
       Defendants

2004 JAN 23 A 11:50

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 03 12449 MLW

TO: (Name and Address of Defendant)

Celestial Dawn Fishing, Inc.
Michael Cadogan
15 Homer Square
Somerville, MA 02143

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE  DEC 0 4 2003

JAN 2 2 2004

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 20, 2004

I hereby certify and return that on 1/10/2004 at 11:36AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, INTERR, REQ DOC in this action in the following manner: To wit, by leaving at the last and usual place of abode of CELESTISL DAWN FISHING, INC., C/O MICHAEL CADOGAN, 15 HOMER Square, , Somerville, MA.  Attest ($5.00), Basic Service Fee ($20.00), Conveyance ($0.60), Postage and Handling ($3.00), Travel ($1.92) Total Charges $30.52

Stephen F Hickey
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                          Signature of Server

_____
Address of Server

*Verified Complaint,*
*Initial Disclosure of Plaintiffs in Accordance*
*with F.R.C.P. 26(a)(1),*
*Plaintiffs' Request for Production of Documents*
*and Things to Defendant,*
*Plaintiffs' Interrogatories to Defendants*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.