UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JOHNNY NILSEN, et al</u>
      Plaintiff(s)                                 CIVIL ACTION
                                                                NO.<u> 03-12449-MLW </u>
      V.

<u>CELSTIAL DAWN in persona and the F/V PROSPERITY, in rem</u>
      Defendant(s)

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s) , <u>JOHNNY NILSEN, et al,</u> for an order of Default for failure of the Defendant(s), <u>CELSTIAL DAWN in persona and the F/V PROSPERITY, in rem,</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>28</u><sup>TH</sup> day of <u>APRIL </u>, 20<u>04</u>.

                                                               TONY ANASTAS, CLERK

                                       By:     <u>/s/ Dennis O'Leary          </u>
                                                                        Deputy Clerk

Notice mailed to: