## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHNNY NILSEN et al** <br>            Plaintiff(s) | **CIVIL ACTION** <br> **NO. 03-12449-MLW** |
| V. | |
| **CELESTIAL DAWN, INC. et al** <br>            Defendant(s) | |

### ORDER OF DISMISSAL

**WOLF, D. J.**

In accordance with the Court's Standing Order Regarding Motions for Default Judgment, issued on   **APRIL 28, 2004**, and the plaintiff's failure to comply with paragraph 4, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

**July 27, 2004**              /s/ Dennis O'Leary
       Date                        Deputy Clerk

**(dismiss-so.wpd - 12/98)**                                                                                               **[odism.]**