UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNNY NILSEN, KIERNAN KELLY, WILLIAM RYAN, KARK SEEMAN, SEAN STARKEY, FERNANDO SUAZO, DON ABAD, CHARLES SMITH and PAUL McGEE,<br>　　　　Plaintiff<br><br>v.<br><br>CELESTIAL DAWN, INC., in persona and the F/V PROSPERITY, In Rem,<br>　　　　Defendant | Civil Action<br>No.: 03-12449MLW |

FILED
2004 AUG -6 P 12: 54
DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF APPEARANCE

DEAR CLERK:

Kindly enter my appearance on behalf of CELESTIAL DAWN, INC. in the above-referenced matter. Thank you.

　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　CELESTIAL DAWN, INC.,
　　　　　　　　　　　　　　　　By and Through Its Attorney,

Dated:  August 5, 2004

　　　　　　　　　　　　　　　　Salvatore J. Frontiero
　　　　　　　　　　　　　　　　BBO# 564360
　　　　　　　　　　　　　　　　Frontiero Law Office, P.C.
　　　　　　　　　　　　　　　　14 Pleasant Street
　　　　　　　　　　　　　　　　Gloucester, MA 01930
　　　　　　　　　　　　　　　　(978) 283-2850

## CERTIFICATE OF SERVICE

I, SALVATORE J. FRONTIERO, hereby certify that on this day I served a copy of the within Notice of Appearance upon the plaintiff by mailing a copy of the same first class mail postage prepaid to their counsel of record, Brian McCormack at Orlando & Associates, One Western Avenue, Gloucester, Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated: August 5, 2004

Salvatore J. Frontiero