UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Johnny Nilsen, Kieran Kelly, William Ryan, Karl Seemen, Sean Sharkey, Fernando Suazo, Don Abad, Charles Smith, and Paul McGee,<br>    Plaintiffs<br>vs<br><br>Celestial Dawn, Inc. in persona and the F/V PROSPERITY, in rem<br>    Defendant | Civil Action<br>No.:03-12449MLW |

### PLAINTIFFS' MOTION FOR INJUNCTION PURSUANT TO FRCP RULE 65

Now come the plaintiffs in the above-entitled action, and respectfully moves this Honorable Court for an injunction precluding the defendant, Celestial Dawn, Inc., from negotiating, disbursing, pledging, assigning, or taking any other action with respect to any potential funds due it related to, or arising out of, the sinking of the F/V PROSPERITY occurring on or about October 12, 2004. In support thereof, the plaintiffs state the following:

1. This is an action in which the defendant has been sued, predominantly, for crew's wages.
2. The defendant has failed to answer or otherways plead in said case. As a result, the plaintiffs have recently filed a motion for entry of default judgment.
3. On information and belief, the F/V PROSPERITY sank, at sea, on October 12, 2004.
4. On information and belief, the F/V PROSPERITY was the sole asset of the Celestial Dawn, Inc. corporation.
5. There exists a reasonable likelihood of recovery on the part of the plaintiffs, given the defendant's failure to answer, or otherwise plead in the instant case.
6. If the defendant is permitted to obtain the funds from any insurance company related to, or arising out of, the loss of the F/V PROSPERITY, irreparable harm will ensue, as the

plaintiffs will be placed in an untenable position with respect to recovery on their respective claims.

WHEREFORE, the plaintiffs respectfully requests that this Honorable Court enter an Order enjoining the defendant, pursuant to FRCP Rule 65, from negotiating, disbursing, pledging, assigning, or taking any other action with respect to any potential funds due it related to, or arising out of, the sinking of the F/V PROSPERITY occurring on or about October 12, 2004. And, further, respectfully requests that this Honorable Court adopt and enter the proposed Order which is hereto attached as Exhibit "A."

Plaintiffs,
By their attorney,

_____
BRIAN S. MCCORMICK, ESQ.
BBO# 550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

CERTIFICATE OF SERVICE

I, Brian S. McCormick, attorney for the plaintiffs herein, hereby certify that I served a copy of the foregoing Plaintiffs' Motion for Injunction Pursuant to FRCP Rule 65, by mail, postage prepaid, to Salvatore Frontiero, Esq., 14 Pleasant Street, Gloucester, Massachusetts 01930, on this 21st day of October, 2004.

_____
BRIAN S. MCCORMICK, ESQ.

Cases/FVPROSPERITY/Motions/Injunction